UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCEAN BEAUTY SEAFOODS, LLC, *et al.*, | CASE NO. C14-1072RSM |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PACIFIC SEAFOOD GROUP ACQUISITION COMPANY INC. d/b/a Pacific Seafood Group, *et al.*, | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On July 20, 2016, this Court entered a Stipulation and Order to Enforce Settlement Agreement. Dkt. #92. That Order stated:

> The parties to the above-entitled action, by and through their respective counsel of record, stipulate and agree that the above-entitled action has been fully settled and compromised. The parties further consent that this Court shall retain jurisdiction for the purpose of enforcing Paragraph 4 of the parties' Settlement Agreement and Release ("Agreement"). Upon payment of the amounts specified in paragraph 3 and completion of the terms stated in paragraph 4 of the Agreement, the parties agree that the action should be dismissed with prejudice and without further cost to any party.

*Id.*

ORDER
PAGE - 1

There has been no further action since the entry of that Order. Accordingly, the parties are directed to file a Joint Status Report no later than **September 18, 2017**, advising the Court of the status of this matter and whether it may now be dismissed.

DATED this 11th day of September, 2017.

                                    WILLIAM McCOOL, Clerk

                                    By:    /s/ Paula McNabb
                                                Deputy Clerk